*Formatted for Electronic Distribution* *For Publication*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

_____

In re:

    **Cory S. Austin and**                                                                             Chapter 13 Case
    **Lucinda Hill Austin,**            Filed & Entered           # 07-10031
               **Debtors.**                    On Docket
                                              August 7, 2007

_____

*Appearances:*     *Michelle Kainen, Esq.*                                    *Jan Sensenich, Esq.*
                              *White River Junction, Vt.*                         *White River Junction, Vt.*
                              *For the Debtors*                                              *For the Trustee - Movant*

## ORDER
### OVERRULING THE TRUSTEE'S OBJECTION TO THE DEBTORS' CHAPTER 13 PLAN AND GRANTING CONFIRMATION OF THE PLAN

For the reasons set forth in the memorandum of decision of even date,

IT IS HEREBY ORDERED that the Trustee's objection to confirmation of the Debtors' Chapter 13 Plan is overruled.

IT IS FURTHER ORDERED that the plan dated January 24, 2007 is confirmed.

SO ORDERED.

                                                                                                      _____

August 7, 2007                                                                                      Colleen A. Brown
Rutland, Vermont                                                               United States Bankruptcy Judge